UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-00266-D-RN1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAHMILE DIANEK BOWE | ORDER |

This matter is before the Court on the Defendant's unopposed motion to extend the reset the sentencing hearing within the same term of Court.

For good cause shown, the motion is GRANTED. It is hereby ORDERED that the sentencing hearing is continued to November 9, 2026.

SO ORDERED, this 13 day of October, 2026.

JAMES C. DEVER III
United States District Judge