UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-00266-D-RN-1

UNITED STATES OF AMERICA

v.

KAHMILE DIANEK BOWE

**ORDER TO SEAL**

On motion of the Defendant, Kahmile Dianek Bowe, and for good cause shown, it is hereby ORDERED that [DE 42] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 16 day of October, 2026.

JAMES C. DEVER III
United States District Judge